[No. 8551–8–II.   Division Two.   March 11, 1987.]

*In the Matter of the Marriage of* MARILYN M.
WICKHAM, *Appellant, and* WILLIAM M.
WICKHAM, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 222899, E. Albert Morrison, J., entered Janu-
ary 28, 1985. *Reversed* by unpublished opinion per Mad-
dock, J. Pro Tem., concurred in by Dolliver and Soule, JJ.
Pro Tem.

[No. 8066–4–II.   Division Two.   March 11, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY
D. SPERLE, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific
County, No. 84–1–00015–3, Herbert E. Wieland, J., entered
August 3, 1984. *Affirmed* by unpublished opinion per Pear-
son, J. Pro Tem., concurred in by Utter and Williams, JJ.
Pro Tem.

[No. 8677–8–II.   Division Two.   March 11, 1987.]

CONNIE SUAZO, *Appellant,* v. THE DEPARTMENT OF SOCIAL
AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 84–2–00946–0, Daniel J. Berschauer, J.,
entered April 8, 1985. *Affirmed* by unpublished opinion per
Healy, J. Pro Tem., concurred in by Lodge and Utter, JJ.
Pro Tem.